**Eduardo BENAVIDES, Petitioner—
Appellant,**

v.

**Mary MITCHELL, Warden,
Respondent—Appellee,**

and

**Harley Lappin, Director for Bureau
of Prisons, Respondent.**

No. 11–6012.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

Eduardo Benavides, Appellant Pro Se.
Barbara Murcier Bowens, Assistant Unit-
ed States Attorney, Columbia, South Car-
olina, for Appellee.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eduardo Benavides, a federal prisoner, appeals the district court's orders denying his motions to reconsider the court's denial of relief on his petition filed under 28 U.S.C. § 2241 (West 2006 & Supp.2010). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Benavides v. Mitchell,* No. 2:09–cv–02798–JFA (D.S.C. Aug. 25, 2010, Oct. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*